UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAIANA AZPILCUETA, individually and on behalf of CAL-NEVA TRANSPORT & TOW, INC., a Nevada corporation,<br><br>                    Plaintiffs,<br>v.<br><br>THE STATE OF NEVADA, ex. rel. TRANSPORTATION AUTHORITY, a division of the Department of Business and Industry; DEPARTMENT OF PUBLIC SAFETY; OFFICE OF THE ATTORNEY GENERAL; and CITY OF CARSON CITY, a municipality of the State of Nevada; STEVEN SCHUETTE, in both his professional and individual capacity; STEVE ALBERTSEN, in both his professional and individual capacity; CHARLES TOLOTTI, in both his professional and individual capacity; DEAN BUELL, in both his professional and individual capacity; JOHN MCGLAMERY, in both his professional and individual capacity; WILLIAM PROWSE, in both his professional and individual capacity; KEVIN MCCOY, in both his professional and individual capacity; PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign corporation doing business in the State of Nevada; GALE LUNDEEN, an individual; MARCOS BRITO, an individual; and DOE DEFENDANTS 1-50,<br><br>                    Defendants. | **CASE NO.: 3:09-cv-593-LRH-VPC**<br><br>**STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS; and ORDER** |

///

///

-1-

COME NOW Plaintiffs, DAIANA AZPILCUETA and CAL-NEVA TRANSPORT & TOW, INC. ("Plaintiffs"), by and through their counsel of record, Michael L. Matuska and Tianna R. Clore, Brooke · Shaw · Zumpft, and Defendants STATE OF NEVADA, ex. Rel. TRANSPORTATION AUTHORITY, DEPARTMENT OF PUBLIC SAFETY, OFFICE OF THE ATTORNEY GENERAL, CHARLES TOLOTTI, DEAN BUELL, JOHN MCGLAMERY and WILLIAM PROWSE ("Defendants"), by and through their counsel of record, Catherine Cortez Masto and Binu G. Palal, of the Nevada Attorney General's Office, and hereby jointly stipulate to extend Plaintiff's deadline to file their Opposition to Defendant's Motion to Dismiss to 4 December 2009.

Dated this 25th day of November 2009.

Submitted By:

**BROOKE · SHAW · ZUMPFT**

_____
MICHAEL L. MATUSKA, SBN 5711
TIANNA R. CLORE, SBN 10782
1590 Fourth Street, Suite 100
Minden, Nevada 89423
Attorneys for Plaintiff,
Daiana Azpilcueta and Cal-Neva Transport & Tow

Dated this 25th day of November 2009.

**NEVADA ATTORNEY GENERAL'S OFFICE**

_____
BINU G. PALAL, SBN 10178
555 East Washington Avenue, #3900
Las Vegas, Nevada 89101
Attorneys for Defendants,
State of Nevada, ex rel. its Transportation Authority;
Department of Public Safety; Office of the Attorney
General; Charles Tolotti; Dean Buell; John McGlamery;
and William Prowse

IT IS SO ORDERED.

Dated:  December 4, 2009.



_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE