UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAIANA AZPILCUETA, individually and on behalf of CAL-NEVA TRANSPORT & TOW, INC., a Nevada corporation,<br><br>Plaintiffs,<br>v.<br><br>THE STATE OF NEVADA, ex. rel. TRANSPORTATION AUTHORITY, a division of the Department of Business and Industry; DEPARTMENT OF PUBLIC SAFETY; OFFICE OF THE ATTORNEY GENERAL; and CITY OF CARSON CITY, a municipality of the State of Nevada; STEVEN SCHUETTE, in both his professional and individual capacity; STEVE ALBERTSEN, in both his professional and individual capacity; CHARLES TOLOTTI, in both his professional and individual capacity; DEAN BUELL, in both his professional and individual capacity; JOHN MCGLAMERY, in both his professional and individual capacity; WILLIAM PROWSE, in both his professional and individual capacity; KEVIN MCCOY, in both his professional and individual capacity; PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign corporation doing business in the State of Nevada; GALE LUNDEEN, an individual; MARCOS BRITO, an individual; and DOE DEFENDANTS 1-50,<br><br>Defendants. | CASE NO.: 3:09-cv-593-LRH-VPC<br><br>**STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT; and ORDER** |

///

///

-1-

1  COME NOW Plaintiffs, DAIANA AZPILCUETA and CAL-NEVA TRANSPORT & TOW, INC. ("Plaintiffs"), by and through their counsel of record, Michael L. Matuska and Tianna R. Clore, Brooke · Shaw · Zumpft, and Defendant PROGRESSIVE CASUALTY INSURANCE COMPANY ("Defendant"), by and through its counsel of record, Michael L. Reitzell, DUANE MORRIS LLP, and hereby jointly stipulate to extend Plaintiffs' deadline to file their Opposition to Defendant's Motion to Dismiss First Amended Complaint to 6 January 2010. Defendant's Reply will be due on or before January 18, 2010.

Dated this 13th day of December 2009.

Submitted By:

**BROOKE · SHAW · ZUMPFT**

_____
MICHAEL L. MATUSKA, SBN 5711
TIANNA R. CLORE, SBN 10782
1590 Fourth Street, Suite 100
Minden, Nevada 89423
Attorneys for Plaintiff,
Daiana Azpilcueta and Cal-Neva Transport & Tow

Dated this 17th day of December 2009.

**DUANE MORRIS LLP**

_____
MICHAEL L. REITZELL, SBN 9290
11149 Brockway Road, Suite 100
Truckee, CA 96161
Attorneys for Defendant,
Progressive Casualty Insurance Company

IT IS SO ORDERED.

DATED: December 18, 2009.

_____
**DISTRICT COURT JUDGE**