## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAIANA AZPILCUETA, individually and on behalf of CAL-NEVA TRANSPORT & TOW, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF NEVADA, ex. rel. TRANSPORTATION AUTHORITY, a division of the Department of Business and Industry, DEPARTMENT OF PUBLIC SAFETY, OFFICE OF THE ATTORNEY GENERAL, and CITY OF CARSON CITY, a municipality of the State of Nevada; STEVEN SCHUETTE, in both his professional and individual capacity; STEVE ALBERTSEN, in both his professional and individual capacity; CHARLES TOLOTTI, in both his professional and individual capacity; DEAN BUELL, in both his professional and individual capacity; JOHN MCGLAMERY, in both his professional and individual capacity; WILLIAM PROWSE, in both his professional and individual capacity; KEVIN MCCOY, in both his professional and individual capacity; The PROGRESSIVE CORPORATION dba PROGRESSIVE CASUALTY INSURANCE COMPANY, an Ohio corporation; GALE LUNDEENN, an individual; MARCOS BRITO, an individual; and DOE DEFENDANTS 1-50,<br><br>Defendants. | CASE NO. 3:09-cv-00593-LRH-VPC<br><br><br>**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME PURSUANT TO FRCP 6 TO FILE REPLY TO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (First Request) AND ORDER** |

-1-

Comes now, Defendants in this cause, THE STATE OF NEVADA, ex. rel. TRANSPORTATION AUTHORITY, a division of the Department of Business and Industry, DEPARTMENT OF PUBLIC SAFETY, OFFICE OF THE ATTORNEY GENERAL, CHARLES TOLOTTI, in both his professional and individual capacity; DEAN BUELL, in both his professional and individual capacity; JOHN MCGLAMERY, in both his professional and individual capacity; WILLIAM PROWSE, in both his professional and individual capacity, and DEAN BUELL, in both his professional and individual capacity; JOHN MCGLAMERY, in both his professional and individual capacity; WILLIAM PROWSE, in both his professional and individual capacity ("State Defendants") by and through their counsel, CATHERINE CORTEZ MASTO, Attorney General of the State of Nevada, and BINU G. PALAL, Deputy Attorney General pursuant to the Federal Rules of Civil Procedure 6(b)(1)(A) and Local Rule 6-1 hereby file this Motion for an Order for Extension of Time to File Defendants Reply in support of its Motion to Dismiss.

Defendants request a one week extension to file its Reply. This is Defendants' first request for enlargement. Defendants Reply, according to the Local Rules that were amended on December 1, 2009, is due on December 11, 2009. Defendants seek to file its Reply one week later on December 18, 2009. The need for the extension arises out of Defendants' counsel, Binu G. Palal, falling ill and being unable to work for the better part of the last week.[1]

. . .
. . .
. . .
. . .
. . .
. . .

---

[1] See attached affidavit.

It is due to the illness of their counsel that Defendants' seek to enlarge the time to file its reply; from December 11, 2009 to December 18, 2009.

DATED this 11th day of December, 2009.

CATHERINE CORTEZ MASTO
Attorney General

By: _____
BINU G. PALAL
Deputy Attorney General
Nevada Bar No. 10178
Office of the Attorney General
Public Safety Division
555 East Washington Avenue, #3900
Las Vegas, Nevada 89101
*Attorneys for Defendants,*
*State of Nevada, ex. rel. its Transportation*
*Authority; Department of Public Safety;*
*Office of the Attorney General;*
*Charles Tolotti; Dean Buell;*
*John McGlamery and William Prowse*

IT IS SO ORDERED nunc pro tunc.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: December 23, 2009

AFFIDAVIT OF BINU G. PALAL

STATE OF NEVADA    )
                   ) ss:
COUNTY OF CLARK    )

I, BINU G. PALAL, being first duly sworn under oath, depose and state as follows:

1. I am an attorney licensed to practice law in the State of Nevada; that I am qualified and admitted to practice before this Court; and that I am employed as a Deputy Attorney General in the Office of the Nevada Attorney General in the Public Safety Division, and pursuant to that employment I have been assigned to represent a number of Defendants in the matter entitled *Azpicuelta v. Nevada et al*, in the United States District Court, District of Nevada, case number 09-cv-00593-LRH-VPC; and as such, have personal knowledge of the matters contained herein.

2. Defendants' Reply for their Motion to Dismiss is currently due to be filed with this Court on December 11, 2009

3. Defendants' counsel, Binu G. Palal, was unable to draft a reply due to illness.

4. This is Defendants first request to enlarge time in this matter before this Court.

5. Affiant therefore requests a seven (7) day enlargement of time, up to and including, December 18, 2009, to file a Reply in its Motion to Dismiss.

6. Affiant's request is made in good faith and not for the purposes of delay.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
BINU G. PALAL

SUBSCRIBED and SWORN to before me this 11th day of December, 2009.

_____
NOTARY PUBLIC in and for said County and State

[Notary Seal: JUANITA MCCLINTON, Notary Public State of Nevada, No. 99-51490-1, My appt. exp. Feb. 3, 2011]

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

-1-