UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAIANA AZPILCUETA, individually and on behalf of CAL-NEVA TRANSPORT & TOW, INC., a Nevada corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>THE STATE OF NEVADA, ex. rel. TRANSPORTATION AUTHORITY, a division of the Department of Business and Industry, DEPARTMENT OF PUBLIC SAFETY, OFFICE OF THE ATTORNEY GENERAL, and CITY OF CARSON CITY, a municipality of the State of Nevada; STEVEN SCHUETTE, in both his professional and individual capacity; STEVE ALBERTSEN, in both his professional and individual capacity; CHARLES TOLOTTI, in both his professional and individual capacity; DEAN BUELL, in both his professional and individual capacity; JOHN MCGLAMERY, in both his professional and individual capacity; WILLIAM PROWSE, in both his professional and individual capacity; KEVIN MCCOY, in both his professional and individual capacity; The PROGRESSIVE CORPORATION dba PROGRESSIVE CASUALTY INSURANCE COMPANY, an Ohio corporation; GALE LUNDEEN, an individual; MARCOS BRITO, an individual; and DOE DEFENDANTS 1-50,<br><br>        Defendants. | 3:09-CV-00593-LRH-VPC<br><br><u>ORDER</u> |

1    Before the court is Defendant Gale Lundeen's Application for Costs (#119[1]), along with
2 Plaintiffs' opposition (#123). No reply was filed. The motion follows this court's order (#105)
3 granting Lundeen's motion for judgment on the pleadings and dismissing all claims against
4 Lundeen.

5    Although styled as an application for costs, Defendant's motion is actually a motion for
6 attorney's fees under 42 U.S.C. § 1988(b). That provision does not authorize an award of
7 attorney's fees in this case, however, as only common law causes of action for conspiracy and
8 intentional infliction of emotional distress were alleged against Defendant. *See id.* Moreover, even
9 if fees were recoverable, Defendant's perfunctory motion fails to comply with Local Rule 54-16.

10    IT IS THEREFORE ORDERED that Defendant Gale Lundeen's Application for Costs
11 (#119) is DENIED.

12    IT IS SO ORDERED.

13    DATED this 14th day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docket entry number.

2