1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                            DISTRICT OF NEVADA

8                                    * * *

|                                                              |     |                          |
|--------------------------------------------------------------|-----|--------------------------|
| DAIANA AZPILCUETA, individually and on behalf of CAL-NEVA TRANSPORT & TOW, INC., a Nevada corporation, | ) ) ) | 3:09-CV-00593-LRH-VPC |
|                                                              | )   |                          |
|                    Plaintiffs,                               | )   |                          |
|                                                              | )   | ORDER                    |
| v.                                                           | )   |                          |
|                                                              | )   |                          |
| THE STATE OF NEVADA, ex. rel. TRANSPORTATION AUTHORITY, a division of the Department of Business and Industry, DEPARTMENT OF PUBLIC SAFETY, OFFICE OF THE ATTORNEY GENERAL, and CITY OF CARSON CITY, a municipality of the State of Nevada; STEVEN SCHUETTE, in both his professional and individual capacity; STEVE ALBERTSEN, in both his professional and individual capacity; CHARLES TOLOTTI, in both his professional and individual capacity; DEAN BUELL, in both his professional and individual capacity; JOHN MCGLAMERY, in both his professional and individual capacity; WILLIAM PROWSE, in both his professional and individual capacity; KEVIN MCCOY, in both his professional and individual capacity; The PROGRESSIVE CORPORATION dba PROGRESSIVE CASUALTY INSURANCE COMPANY, an Ohio corporation; GALE LUNDEEN, an individual; MARCOS BRITO, an individual; and DOE DEFENDANTS 1-50, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
|                                                              | )   |                          |
|                    Defendants.                               | )   |                          |
|                                                              | )   |                          |

1    Before the court is Defendant Gale Lundeen's Application for Costs (#119[1]), along with

2  Plaintiffs' opposition (#123).  No reply was filed.  The motion follows this court's order (#105)

3  granting Lundeen's motion for judgment on the pleadings and dismissing all claims against

4  Lundeen.

5    Although styled as an application for costs, Defendant's motion is actually a motion for

6  attorney's fees under 42 U.S.C. § 1988(b).  That provision does not authorize an award of

7  attorney's fees in this case, however, as only common law causes of action for conspiracy and

8  intentional infliction of emotional distress were alleged against Defendant.  *See id.*  Moreover, even

9  if fees were recoverable, Defendant's perfunctory motion fails to comply with Local Rule 54-16.

10    IT IS THEREFORE ORDERED that Defendant Gale Lundeen's Application for Costs

11  (#119) is DENIED.

12    IT IS SO ORDERED.

13    DATED this 14th day of September, 2011.

16                                                   _____
                                                LARRY R. HICKS
                                                UNITED STATES DISTRICT JUDGE

---

[1]Refers to the court's docket entry number.

2