UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAIANA AZPILCUETA, individually and on behalf of CAL-NEVA TRANSPORT & TOW, INC., a Nevada corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>JERALD L. HAFEN, individually and as Director of the Nevada Division of Public Safety; TONY ALMAREZ, individually and as Chief of the Nevada Highway Patrol; CATHERINE CORTEZ MASTO, individually and as the Nevada Attorney General; CHARLES TOLOTTI, in both his professional and individual capacity; DEAN BUELL, in both his professional and individual capacity; JOHN MCGLAMERY, in both his professional and individual capacity; WILLIAM PROWSE, in both his professional and individual capacity; CITY OF CARSON CITY, a municipality of the State of Nevada; KEN FURLONG, individually and as Sheriff of Carson City; STEVEN SCHUETTE, in both his professional and individual capacity; STEVE ALBERTSEN, in both his professional and individual capacity; KEVIN MCCOY, in both his professional and individual capacity; MARCOS BRITO, an individual; and DOE DEFENDANTS 1-50,<br><br>  Defendants. | 3:09-CV-00593-LRH-VPC<br><br>ORDER |

Before the court is Plaintiffs' motion to voluntarily dismiss all claims against Defendant Marcos Brito, pursuant to Federal Rule of Civil Procedure 41(a)(2).  (Doc #153.)  Brito has not appeared in this action, no action has been taken against Brito since entry of Clerk's Default on January 29, 2010 (#64), and Plaintiffs represent they have chosen not to pursue a default judgment.  Furthermore, all claims in this action have been adjudicated as to all defendants except Brito.  On November 4, 2011, this court issued an Order (#148) granting in full State Defendants' Motion to Dismiss.  Furthermore, on November 8, 2011, this court issued an Order (#149) granting in full Carson City Defendants' Motion for Summary Judgment.

IT IS THEREFORE ORDERED that Plaintiffs' motion for voluntary dismissal of all claims against Defendant Marcos Brito (#153) is GRANTED.  The Clerk of Court shall enter judgment in accordance with this Order and the court's prior Orders (#148 and #149).

IT IS SO ORDERED.

DATED this 4th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2