AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

DAIANA AZPILCUETA, individually and on behalf of CAL-NEVA TRANSPORT & TOW, INC., a Nevada corporation,

   Plaintiff,

 V.

JERALD L. HAFEN, individually and as Director of the Nevada Division of Public Safety; TONY ALMAREZ, individually and as Chief of the Nevada Highway Patrol; CATHERINE CORTEZ MASTO, individually and as the Nevada Attorney General; CHARLES TOLOTTI, in both his professional and individual capacity; DEAN BUELL, in both his professional and individual capacity; JOHN MCGLAMERY, in both his professional and individual capacity; WILLIAM PROWSE, in both his professional and individual capacity; CITY OF CARSON CITY, a municipality of the State of Nevada; KEN FURLONG, individually and as Sheriff of Carson City; STEVEN SCHUETTE, in both his professional and individual capacity; STEVE ALBERTSEN, in both his professional and individual capacity; KEVIN MCCOY, in both his professional and individual capacity; MARCOS BRITO, an individual; and DOE DEFENDANTS 1-50,

   Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-CV-00593-LRH-VPC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that State Defendants' Motion to Dismiss (#122) is **GRANTED**.

    **IT IS FURTHER ORDERED** that Carson City Defendants' Motion for Summary Judgment (#132) is **GRANTED**.

    **IT IS FURTHER ORDERED** that Plaintiffs' motion for voluntary dismissal of all claims against Defendant Marcos Brito (#153) is **GRANTED**.

  __January 5, 2012__                            __LANCE S. WILSON__
                                                                 Clerk

                                                           __/s/ D. R. Morgan__
                                                               Deputy Clerk